IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON CARTER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-386-SLR |
| THOMAS CARROLL, Warden, and JOSEPH R. BIDEN III, Attorney General of the State of Delaware, | ) ) ) ) ) ) ) | |
| Respondents. | ) | |

**AEDPA ELECTION FORM**

FILED

JUL 25 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. __X__    I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_Aaron K. Carter_  7/23/07
Petitioner Aaron K. Carter, 179415

I/M Aaron K. Carter
SBI# 179415    UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
24 JUL 2007 PM 3 T

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE    19801