**D.I. #**_____

# CIVIL ACTION
# NUMBER: _____ 07CV 386 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here

*Sent To* WARDEN TOM CARROLL
*Street, Apt. No.; or PO Box No.* DELAWARE CORRECTIONAL CENTER
*City, State, ZIP+4* 1181 PADDOCK RD.
SMYRNA DE 19977

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0004 3169 5810

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here

*Sent To* LOREN MEYERS
DEPUTY ATTORNEY GENERAL
*Street, Apt. No.; or PO Box No.* DEPARTMENT OF JUSTICE
*City, State, ZIP+4* 820 N. FRENCH STREET
WILMINGTON, DE 19801

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0004 3169 2449