United States District Court

For the District of Delaware



Acknowledgement of Service Form
For Service By Return Receipt

Civil Action No. 07-CV386 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.