## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AARON CARTER,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    Civ.Act.No. 07-386-SLR |
| | ) |
| **THOMAS CARROLL**, Warden | ) |
| and **JOSEPH R. BIDEN III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents.[1] | ) |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1.    The petitioner, Aaron Carter, has applied for federal habeas relief, alleging error by the state courts. By the terms of the Court's order, the answer is due to be filed on September 20, 2007.

2.    Counsel continues to work on the response to the claims petitioner has raised in his petition. However, due to his current case load, including several capital postconviction matters in state court, counsel needs additional time to complete the response.

3.    Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill.

---

[1] *See* Fed.R.Civ.P. 25(d)(1). Attorney General Joseph R. Biden, III, assumed office on January 2, 2007, replacing former Attorney General Carl C. Danberg, an original party to this case.

1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

      4.      This is respondents' first request for an extension of time in this case.

      5.      Respondents submit that an extension of time to and including October 15, 2007, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

DATE: September 20, 2007

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.


/s/ Kevin M. Carroll
Deputy Attorney General


Counsel for Respondents


Date: September 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on September 20, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Aaron Carter
No. 179415
1181 Paddock Road
Delaware Correctional Center
Smyrna, DE 19977

/s/Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

Date:  September 20, 2007

4

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **AARON CARTER,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-386-SLR |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____day of _____, 2006,

      WHEREAS, respondents having requested an extension of time in which to file an

answer, and

      WHEREAS, it appearing to the Court that the requested extension is timely made and

good cause has been shown for the extension,

      IT IS HEREBY ORDERED that respondents' answer shall be filed on or before October

15, 2007.

 

 

_____
United States District Judge