IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON CARTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-386-SLR |
| | ) | |
| THOMAS CARROLL, Warden and JOSEPH R. BIDEN III, Attorney General for the State of Delaware | ) ) ) | |
| | ) | |
| Respondents.[1] | ) | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Aaron Carter, has applied for federal habeas relief, alleging error by the state courts. By the terms of the Court's order, the answer is due to be filed on October 15, 2007.

2. Counsel continues to work on the response to the claims petitioner has raised in his petition. However, due to his current case load, including the filing of several substantial documents in state courts yesterday, counsel needs additional time to complete the response.

3. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill.

---

[1] *See* Fed.R.Civ.P. 25(d)(1). Attorney General Joseph R. Biden, III, assumed office on January 2, 2007, replacing former Attorney General Carl C. Danberg, an original party to this case.

1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

4.  This is respondents' second request for an extension of time in this case.

5.  Respondents submit that an extension of time to and including November 15, 2007, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

DATE: October 16, 2007

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Kevin M. Carroll
Deputy Attorney General


Counsel for Respondents


Date: October 16, 2007

## CERTIFICATE OF SERVICE

 I hereby certify that on October 16, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on October 16, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

  Aaron Carter
  No. 179415
  1181 Paddock Road
  Delaware Correctional Center
  Smyrna, DE 19977

            /s/Kevin M. Carroll
            Deputy Attorney General
            Department of Justice
            820 N. French Street
            Wilmington, DE 19801
            (302) 577-8500
            Del. Bar. ID No. 4836
            Kevin.Carroll@state.de.us

Date: October 16, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **AARON CARTER,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-386-SLR |
| | ) | |
| **THOMAS CARROLL**, Warden and **JOSEPH R. BIDEN III**, Attorney General for the State of Delaware | ) ) ) ) | |
| Respondents. | ) | |

**ORDER**

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before November 15, 2007.

_____
United States District Judge