## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AARON CARTER,** | ) |
| Petitioner, | ) ) ) |
| v. | ) Civ.Act.No. 07-386-SLR |
| **ELIZABETH BURRIS**, Acting Warden and **JOSEPH R. BIDEN III**, Attorney General for the State of Delaware | ) ) ) ) |
| Respondents.[1] | ) ) |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents in *Carter v. State*, No. 182, 2002 have been filed and are available in paper form only.

   a. Appellant's Opening Brief and Appendix

   b. State's Answering Brief and Appendix

   c. Order (October 16, 2002)

---

[1] *See* Fed.R.Civ.P. 25(d)(1). Elizabeth Burris was named Acting Warden, effective September 1, 2007.

2. Notice is also given that certified copies of the following Delaware Supreme Court documents in *Carter v. State*, No. 166, 2006 have been filed and are available in paper form only.

    a. Appellant's Opening Brief

    b. State's Motion to Affirm

    c. Order (October 27, 2006)

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: December 19, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that on December 19, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on December 19, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

     Aaron Carter
     No. 179415
     1181 Paddock Road
     Delaware Correctional Center
     Smyrna, DE 19977

     /s/Kevin M. Carroll
     Deputy Attorney General
     Department of Justice
     820 N. French Street
     Wilmington, DE 19801
     (302) 577-8500
     Del. Bar. ID No. 4836
     Kevin.Carroll@state.de.us

Date: December 19, 2007