IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AARON CARTER,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 07-386-SLR |
| | ) |
| **ELIZABETH BURRIS**, Acting Warden | ) |
| and **JOSEPH R. BIDEN III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents.[1] | ) |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1.  The petitioner, Aaron Carter, has applied for federal habeas relief, alleging two points of error in his State court proceedings. D.I. 1, 1. The undersigned filed an answer to the petition on November 16, 2007. D.I. 12.

2.  By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's case. Counsel filed certified Delaware Supreme Court documents on December 19, 2001. D.I. 14, 15.

3.  Counsel has been informed that Mr. Carter's Superior Court records are in storage and are not immediately available. Counsel has requested that the Superior Court Prothonotary retrieve Mr. Carter's file in order to file particular Superior Court documents with this Court. Counsel has further been informed that the records will not be available for approximately two weeks. In addition to the normal time to retrieve these documents, counsel anticipates that more

---

[1] *See* Fed.R.Civ.P. 25(d)(1). Elizabeth Burris was named Acting Warden, effective September 1, 2007.

time is needed in light of the holiday schedule. As a result, counsel requests more time to file certified copies of documents from Mr. Carter's Superior Court file.

4. This is respondents' second request for an extension to file state court records.

5. Respondents submit that an extension of time to January 25, 2008 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: December 21, 2007

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

<u>/s/ Kevin M. Carroll</u>
Deputy Attorney General

Counsel for Respondents

Date: December 21, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that on December 21, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on December 21, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

        Aaron Carter
        No. 179415
        1181 Paddock Road
        Delaware Correctional Center
        Smyrna, DE 19977

                                          /s/Kevin M. Carroll
                                          Deputy Attorney General
                                          Department of Justice
                                          820 N. French Street
                                          Wilmington, DE 19801
                                          (302) 577-8500
                                          Del. Bar. ID No. 4836
                                          Kevin.Carroll@state.de.us

Date:  December 21, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **AARON CARTER,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-386-SLR |
| | ) | |
| **ELIZABETH BURRIS**, Acting Warden and **JOSEPH R. BIDEN III**, Attorney General for the State of Delaware | ) ) ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before January 25, 2008.

_____
United States District Judge