IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON CARTER,                       )
                                    )
        Petitioner,                 )
                                    )
    v.                              )   Civ. Act. No. 07-386-SLR
ELIZABETH BURRIS, Acting Warden     )
and JOSEPH R. BIDEN, III,           )
Attorney General for the State     )
of Delaware                         )
                                    )
        Respondents.                )



## MOTION FOR APPOINTMENT OF COUNSEL

The petitioner moves pursuant to Title 18 Section 3006A, BD scanned for an order appointing counsel in refenence to above-entitled.

The below stated support need for counsel:

1. The petitioner is unable to afford counsel.

2. The issues involved in this care are complex.

3. The petitioner has had to rely on assistance from other inmates. Currently individual assisting, may be transferred back to Sussex Correctional Institution anytime.

4. Suffering from "AIDS" related illness permit me from goint to law library.

5. The petitioner has limited education, and lack legal knowledge.

**WHEREFORE**, the petitioner's motion for appointment of counsel should be granted.

                                        _____
                                        AARON CARTER, 179415
                                        1118 Paddock Road-DCC
                                        Smyrna, DE  19977

DATED: January 5, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, copy of the aforemention was provided Kevin M. Carroll, Deputy Attorney General, Department of Justice, Carvel State Office Building, 920 N. French Street, Wilm, DE 19801.

This 5th day of January, 2008 with sufficient postage affixed thereto.

*[signature]*
Aaron Carter, 179415
1181 Paddock Rd. DCC
Smyrna, DE  19977

I/M  Aaron Carter
SBI# 179415  UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
09 JAN 2008 PM 3 L

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE     19801