OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 5, 2008

**Aaron K. Carter**
SBI# 179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    RE:    Request for Certified Copies of Docket Sheets
           CA Nos.: 06-561 SLR & 07-386 SLR

Dear Mr. Carter:

    The Clerk's office is in receipt of your letter requesting certified copies of docket sheets in the above listed civil actions.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.**

    The docket sheet for CA 06-561 is <u>10</u> pages. The docket sheet for CA 07-386 is <u>5</u> pages. Certifying your docket sheets would cost $9.00 each certification. The total cost of this request is **$25.50**. Prepayment should be sent with your request, check, or money order payable to <u>Clerk, U.S. District Court</u>.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                      Sincerely,

/rc

                      PETER T. DALLEO
                      CLERK

cc:    The Honorable Sue L. Robinson

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 5, 2008

**Aaron K. Carter**
SBI# 179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

     RE:    Request for Certified Copies of Docket Sheets
              CA Nos.: 06-561 SLR & 07-386 SLR

Dear Mr. Carter:

     The Clerk's office is in receipt of your letter requesting certified copies of docket sheets in the above listed civil actions.

     Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.**

     The docket sheet for CA 06-561 is 10 pages. The docket sheet for CA 07-386 is 5 pages. Certifying your docket sheets would cost $9.00 each certification. The total cost of this request is **$25.50**. Prepayment should be sent with your request, check, or money order payable to Clerk, U.S. District Court.

     Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                 Sincerely,

/rc                                     PETER T. DALLEO
                                        CLERK

cc:    The Honorable Sue L. Robinson