IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

AARON K. CARTER,            )
                            )
        Petitioner,         )
                            )
    v.                      )      C. A. No_____
                            )
PERRY PHELPS, Warden,       )
and ATTORNEY GENERAL OF THE )
STATE OF DELAWARE.          )
                            )
        Respondents.        )

RECEIVED
KL
MAR 24 2008
U.S. C.A. 3rd

## PETITION FOR PERMISSION TO APPEAL

Aaron K Carter, hereby petitions this court pursuant to 28 U.S.C.A. 1292(b) and Rule 5 of the Federal Rules of Appellate Procedure for permission to appeal from an order entered on March 4, 2008, by U. s. District Court of Delaware, a copy of which order, together with finds of fact, conclusion of law and opinion related thereto is annexed to this petition. This decision never received until March 10, 2008.

1. The facts necessary to an understanding of the controlling question of law determined by the district court's order are as follows:

    1. Not necessayry appoint counsel, even tho petitioner suffering with terminal illness, have to depend on other inmates assist with legal endeavors.

    2. The question of law which petitioner herein request this court to decide is: Petitioner suffering with serious medical issues, and court refusal to appoint counsel, knowing the petitioner required to request assistance from inmates in presentation of legal issues to the court.

Should inmate Shamsidin Ali (a/k/a Robert Saunders) be transferred or placed in position unable assist petitioner, then left without any means to present issues to court below.

    3. A substantial basis exist for a difference of opinion on this question, for the following reasons: The language of Bounds v. Smith establish entitlement of counsel.

*Aaron K. Carter*
AARON K. CARTER, 179415
1181 Paddock Road - DCC
Smyrna, DE 19977

DATED: March 14, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 07-386-SLR |
| | ) |
| PERRY PHELPS, Warden, | ) |
| Warden, and ATTORNEY | ) |
| GENERAL OF THE STATE OF | ) |
| DELAWARE, | ) |
| | ) |
| Respondents.[1] | ) |

ORDER

At Wilmington this 4th day of March, 2008;

IT IS ORDERED that:

Petitioner Aaron K. Carter's motion for representation by counsel is DENIED without prejudice to renew. (D.I. 17) Petitioner seeks representation by counsel because he is unable to afford counsel, he is unskilled in the law, and he is suffering from an AIDS related illness that prevents him from visiting the law library.

Petitioner has no automatic constitutional or statutory right to representation in a federal habeas proceeding. See Coleman v. Thompson, 501 U.S. 722, 752 (1991); Reese v. Fulcomer, 946 F.2d 247, 263 (3d Cir. 1991); United States v. Roberson, 194 F.3d 408, 415 n.5 (3d Cir. 1999). A court may, however, seek representation by counsel for a petitioner "upon a showing of special circumstances indicating the likelihood of substantial prejudice to [petitioner] resulting . . . from [petitioner's]

---

[1] Warden Perry Phelps assumed office in January 2008, replacing warden Thomas Carroll, an original party to this case. See Fed. R. Civ. P. 25(d)(1).

probable inability without such assistance to present the facts and legal issues to the court in a complex but arguably meritorious case." Tabron v. Grace, 6 F.3d 147, 154 (3d Cir. 1993)(citing Smith-Bey v. Petsock, 741 F.2d 22, 26 (3d Cir. 1984); 18 U.S.C. § 3006A (a)(2)(B)(representation by counsel may be provided when a court determines that the "interests of justice so require").

After reviewing petitioner's motion and the documents filed in the instant proceeding, the court concludes that the "interests of justice" do not warrant representation by counsel at this time. It also does not appear that expert testimony will be necessary or that the ultimate resolution of the petition will depend upon credibility determinations.

                                                                                   /s/ *signature*
                                      UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

AARON K. CARTER,

    Petitioner,

v.                                    C.A. No._____

PERRY PHELPS, Warden, and
ATTORNEY GENERAL OF THE STATE
OF DELAWARE,

    Respondents.

**ORDER GRANTING PERMISSION FOR INTERLOCUTORY APPEAL**

This matter came on for consideration on petition filed on March 14, 2008 for permission to appeal from order entered March 4, 2008 by U.S. District Court of Delaware, which order denying appointment of counsel. It appears to this court that the order entered below involves a controlling question of law as to which there is substantial ground for difference of opinion and an immediate appeal from that order may materially advance the ultimate resolution in this litigation concerning entitlement to appointment of counsel.

Now, therefore, it is herby ordered.

1. That petitioner is granted permission to appeal from said order, pursuant to 28 U.S.C.A. 1292(b) and Rule 5 of the Federal Rules of appellate Procedure, and

2. Further proceedings in the district court are stayed pending this appeal.

Done in Open Court this _____ day of_____, 20_____

_____
JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY COPY of the aforemention was furnished Kevin M. Carroll, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE 19801.

By U.S. Mail this 16th day of March 2008, with sufficient postage affixed thereto.

*Aaron K. Carter*
AARON K. CARTER, 179415

I/M Aaron K. Carter
SBI# 179415    UNIT D
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States Court of Appeal 3rd
For The Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA
19106

RECEIVED
MAR 24 2008

WILMINGTON DE 197

HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00386-SLR
### Internal Use Only

Carter v. Carroll et al
Assigned to: Judge Sue L. Robinson
Related Cases: 1:05-cv-00676-SLR
1:06-cv-00561-SLR
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/15/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Aaron K. Carter**    represented by   **Aaron K. Carter**
SBI# 179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Respondent**

**Warden Thomas Carroll**    represented by   **Kevin Michael Carroll**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8943
Email: Kevin.Carroll@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Delaware**    represented by   **Kevin Michael Carroll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2007 | 1 | PETITION for Writ of Habeas Corpus - filed by Aaron K. Carter.(lid) (Entered: 06/18/2007) |
| 06/15/2007 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction |

| | | |
|---|---|---|
| | | (lid) (Entered: 06/18/2007) |
| 06/27/2007 | 🔵 | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb) (Entered: 06/27/2007) |
| 07/17/2007 | 🔵3 | ORDER notifying petitioner that AEDPA applies to petition and petitioner must file attached election form with the court. (Copy to pet. with Mag. Consent Form & AEDPA Form)Notice of Compliance deadline set for 8/30/2007.. Signed by Judge Sue L. Robinson on 7/16/07. (fmt) (Entered: 07/17/2007) |
| 07/25/2007 | 🔵4 | AEDPA Election Form filed by petitioner and requesting to rule on 2254 as currently pending. (fmt) (Entered: 07/26/2007) |
| 08/01/2007 | 🔵5 | ORDER, Clerk shall serve by certified mail a copy of the petition (D.I. 1), the order dated 7/16/07 (D.I. 3),the AEDPA election form (D.I. 4) and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Sue L. Robinson on 7/31/07. (fmt) (Entered: 08/01/2007) |
| 08/02/2007 | 🔵 | Remark: Exit via certified mail D.I. Nos. 1, 3, 4, 5 and Mag. Consent Form (D.I. 2) to Warden Thomas Carroll and Loren Meyers, Deputy Attorney General. (fmt) Modified on 8/2/2007 (fmt, ). (Entered: 08/02/2007) |
| 08/02/2007 | 🔵6 | Postal Receipt(s) for the mailing of process to Attorney General of the State of Delaware, Thomas Carroll. (fmt) (Entered: 08/02/2007) |
| 08/06/2007 | 🔵7 | Return of Service Executed ( 2254 petition ) Thomas Carroll served on 8/3/2007, answer due 9/17/2007. (fmt) (Entered: 08/07/2007) |
| 08/08/2007 | 🔵8 | Return of Service Executed ( 2254 petition ) Attorney General of the State of Delaware served on 8/6/2007, answer due 9/20/2007. (fmt) (Entered: 08/08/2007) |
| 09/20/2007 | 🔵9 | First MOTION for Extension of Time to File Answer - filed by Attorney General of the State of Delaware, Thomas Carroll. (Carroll, Kevin) (Entered: 09/20/2007) |
| 09/26/2007 | 🔵 | SO ORDERED, re 9 First MOTION for Extension of Time to File Answer filed by Thomas Carroll, Attorney General of the State of Delaware, Set/Reset Answer Deadlines: Attorney General of the State of Delaware answer due 10/15/2007; Thomas Carroll answer due 10/15/2007. Signed by Judge Sue L. Robinson on 9/26/07. (rlp) (Entered: 09/26/2007) |
| 10/16/2007 | 🔵10 | Second MOTION for Extension of Time to File Answer *Until November 15, 2007* - filed by Attorney General of the State of Delaware, Thomas Carroll. (Carroll, Kevin) (Entered: 10/16/2007) |
| 10/22/2007 | 🔵 | SO ORDERED, re 10 Second MOTION for Extension of Time to File Answer *Until November 15, 2007* filed by Thomas Carroll, Attorney |

| | | |
|---|---|---|
| | | General of the State of Delaware, Set/Reset Answer Deadlines: Attorney General of the State of Delaware answer due 11/15/2007; Thomas Carroll answer due 11/15/2007. Signed by Judge Sue L. Robinson on 10/19/07. (rlp) (Entered: 10/22/2007) |
| 11/14/2007 | 11 | Third MOTION for Extension of Time to File Answer *To Include November 21, 2007* - filed by Attorney General of the State of Delaware, Thomas Carroll. (Carroll, Kevin) (Entered: 11/14/2007) |
| 11/16/2007 | 12 | RESPONSE to Petition for Writ of Habeas Corpus by Attorney General of the State of Delaware, Thomas Carroll.(Carroll, Kevin) (Entered: 11/16/2007) |
| 11/16/2007 | 13 | First MOTION for Extension of Time to File *Certified State Cout Records Until December 21, 2007* - filed by Attorney General of the State of Delaware, Thomas Carroll. (Carroll, Kevin) (Entered: 11/16/2007) |
| 11/19/2007 | | SO ORDERED, re 11 Third MOTION for Extension of Time to File Answer *To Include November 21, 2007* filed by Thomas Carroll, Attorney General of the State of Delaware, Set/Reset Answer Deadlines: Attorney General of the State of Delaware answer due 11/21/2007; Thomas Carroll answer due 11/21/2007. Signed by Judge Sue L. Robinson on 11/19/07. (rlp) (Entered: 11/19/2007) |
| 11/19/2007 | | SO ORDERED, re 13 First MOTION for Extension of Time to File *Certified State Cout Records Until December 21, 2007* filed by Thomas Carroll, Attorney General of the State of Delaware. Signed by Judge Sue L. Robinson on 11/19/2007. (fmt) (Entered: 11/19/2007) |
| 12/19/2007 | 14 | NOTICE of filing the following document(s) in paper format: Certified Copies of Delaware Supreme Court Documents. Original document(s) to be filed with the Clerk's Office. Notice filed by Kevin Michael Carroll on behalf of Attorney General of the State of Delaware, Thomas Carroll (Carroll, Kevin) (Entered: 12/19/2007) |
| 12/19/2007 | 15 | STATE COURT RECORD filed by Attorney General of the State of Delaware. (Record on file in Clerk's Office) (rwc) (Entered: 12/19/2007) |
| 12/21/2007 | 16 | Second MOTION for Extension of Time to File *Certified Copies of Delaware Superior Court Documents* - filed by Attorney General of the State of Delaware, Thomas Carroll. (Carroll, Kevin) (Entered: 12/21/2007) |
| 01/03/2008 | | SO ORDERED, re 16 Second MOTION for Extension of Time to File *Certified Copies of Delaware Superior Court Documents* filed by Thomas Carroll, Attorney General of the State of Delaware. Signed by Judge Sue L. Robinson on 1/3/2008. (nfn) (Entered: 01/03/2008) |
| 01/10/2008 | 17 | MOTION to Appoint Counsel - filed by Aaron K. Carter. (rwc) (Entered: 01/10/2008) |
| 02/05/2008 | 18 | Letter to Clerk from Aaron K. Carter requesting copywork. (nfn) (Entered: 02/05/2008) |

| 02/05/2008 | 19 | Letter to Aaron K. Carter from Clerk regarding response to request for copywork. (nfn) (Entered: 02/05/2008) |
| --- | --- | --- |
| 03/05/2008 | 20 | ORDER denying 17 Motion to Appoint Counsel. Signed by Judge Sue L. Robinson on 3/4/08. (fmt) (Entered: 03/05/2008) |

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

March 25, 2008

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re: Carter v. Caroll
D. Del. No. (07-cv-00386)

Dear Mr. Dalleo:

    Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered 3/5/08 which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was placed in prison mail on 3/14/08, 2008 and should be docketed as of that date.**

    This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

    Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

    Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/ Chiquita Dyer
    Legal Assistant

Enclosure
cc: Aaron Carter (w/out enclosure)