# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-1892

Aaron Carter v. Perry Phelps, et al

1-07-cv-00386

## O R D E R

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Date: May 28, 2008

cc: Kevin M. Carroll
Department of Justice
820 North French Street
Carvel Office Building
Wilmington, DE 19801-0000

Mr. Aaron K. Carter
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977-0000

**A True Copy**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**  
CLERK

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA 19106-1790

TELEPHONE  
215-597-2995

Clerk of District Court  
( District of Delaware**)**

Date  **May 28, 2008**

**Carter vs. Phelps, et al**  
(Caption)

Appeal No.  **08-1892**

**Aaron K. Carter**  
( Appellant)

**07-cv-00386**  
( DC  Docket No.)

Enclosures:

**May 28, 2008**   Certified copy of C. of A.  Order filed by the Court.

_____   Copy of this form to acknowledge receipt and return to C. of A.

**Carolyn Hicks**     **(267)-299-4926**  
Deputy Clerk     Telephone Number

Receipt Acknowledge:

(Name)

(Date)

R:\2008\1892\clerk letter_052808.wpd