IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-386-SLR |
| | ) |
| PERRY PHELPS, Warden, | ) |
| and ATTORNEY GENERAL | ) |
| OF THE STATE OF | ) |
| DELAWARE, | ) |
| | ) |
| Respondents.[1] | ) |

**ORDER**

At Wilmington this 5th day of June, 2008;

IT IS ORDERED that:

The State shall file the certified copies of the Delaware Superior Court records no later than June 20, 2008. On January 3, 2008, the court granted the State's second motion for an extension of time to file these records by January 25, 2008. (D.I. 16) The State has failed to comply with that order.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Warden Perry Phelps assumed office in January 2008, replacing former Warden Thomas Carroll, an original party to this case. See Fed. R. Civ. P. 25(d)(1).