IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AARON CARTER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-386-SLR |
| ) | |
| **ELIZABETH BURRIS**, Acting Warden ) | |
| and **JOSEPH R. BIDEN III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Superior Court documents in *Carter v. State*, ID. No. 0105020018A have been filed and are available in paper form only.

    a. Docket Sheet

    b. Indictment

    c. Motion for Postconviction Relief

    d. Order Denying Motion for Postconviction Relief

    e. Modified Sentencing Order

    /s/ Kevin M. Carroll
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 4836

DATE: June 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on June 19, 2008, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>Aaron Carter
>No. 179415
>1181 Paddock Road
>Delaware Correctional Center
>Smyrna, DE 19977

>/s/Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date:  June 19, 2008