IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON CARTER,                          )
                                       )
            Petitioner,                )
                                       )
v.                                     )      Civil Action No. 07-386-SLR
                                       )
PERRY PHELPS,                          )
Warden, and JOSEPH R.                  )
BIDEN, III, Attorney                   )
General of the State of                )
Delaware,                              )
                                       )
            Respondents.               )

**ORDER**

For the reasons set forth in the memorandum opinion issued this date, IT IS

HEREBY ORDERED that:

1. Petitioner Aaron Carter's application for a writ of habeas corpus pursuant to

28 U.S.C. § 2254 is DISMISSED and the relief requested therein is DENIED. (D.I. 1)

2. The court declines to issue a certificate of appealability. See 28 U.S.C. §

2253(c)(2).

Dated: July  ᴢ₁ , 2008

UNITED STATES DISTRICT JUDGE